FILED - KZ
August 20, 2026 10:32 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg Scanned by MJ/8/22/26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JAMIE PHILLIP PERRY

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:26-cv-2382
Robert J. Jonker
U.S. District Judge

v.

STATE OF MICHIGAN
UNITED STATES OF AMERICA
COUNTY OF BERRIEN
CITY OF NILES

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☑ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   Marquette, Lansing, Kalamazoo, Grand Rapids

2. Is the action still pending? Yes ☐ No ☑

   a. If your answer was no, state precisely how the action was resolved:

3. Did you appeal the decision? Yes ☑ No ☐

4. Is the appeal still pending? Yes ☑ No ☐

   a. If not pending, what was the decision on appeal?

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑ No ☐

   a. If so, explain: Some but not all claims

## II. Parties

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff JAMIE PHILLIP PERRY

Place of Present Confinement 8 Center for Forensic Psychiatry

Address 8303 Platt Road Saline michigan 48176

Place of Confinement During Events Described in Complaint 919 Port Street, St Joseph MI 49085

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 STATE OF MICHIGAN

Position or Title Government

Place of Employment Capitol

Address 525 W. ottawa St Lansing michigan 48933

Official and/or personal capacity? Official

Name of Defendant #2 United States of America

Position or Title

Place of Employment

Address

Official and/or personal capacity? official

Name of Defendant #3 County of Berrien

Position or Title Government Mayor

Place of Employment City Hall

Address 333 North 2nd Street Niles MI 49120

Official and/or personal capacity? official

Name of Defendant #4 City of Niles

Position or Title Government mayor

Place of Employment City Hall

Address 333 North 2nd Street Niles MI 49120

Official and/or personal capacity? official

Name of Defendant #5

Position or Title

Place of Employment

Address

Official and/or personal capacity?

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

(1) False Imprisonment-Complaint and warrant provided unsigned by a registered Judicial officer in the State of michigan.

(2) Malicious Prosecution resulted in a dismissal by michigan court of appeals in Case NO 2023016049 Start date 10-3-2023 04-30-2026

(3) Acting under color of State law

(4) Cruel and unusual Punishment, mental anguish, unlawful imprisonment, Constant impairing with use of hospitals

(5) Deprived of the U.S. Const All rights

(6) Denied affective assistant of Counsel

(7) Failure to provide a safe enviroment while detained in berrien County Jail

(8) Has Forced Plaintiff to live in Segregation 22hour lock down while being forced in a unlawful imprisonment

(9) Violating the Plaintiffs rights retrying the case originating case NO. 2023016049 and being retried under 2026008442.

(10) violated the Speedy trial U.S. const right and State end dates 3-7-24 and 6-7-24 document Provided

# Attachment

(11) Claiming to have 0% Privacy due to a medical malpratice in 2014 at SIU hospital in missouri.

12) claiming to make invocation of his U.S. citizen sovereign immunity

13) The above defendants State of michigan, county of bernien, city of niles has committed the above claims and to notify the united states of america

14) Claiming to be in a active situal due to case NO cyber crime of originating NO. 2023011049

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Claiming in damages Punitive from State of michigan, County of berrien, City of niles in the amount of $ 303 Billion. Requesting immediate Consideration and to be released from Illegal Custody With immediate consideration.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

8-13-26
Date

Jamie P Perry
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

This document has been placed in the forensic center for psychiatry usps mail box on the date of

X 08-13-2026 Jamie P Perry

The following document has been mailed to the following addresses on the above date Proof of Service

525 w Ottawa street Lansing Michigan 48933

333 North 2nd street Niles Michigan 49120

811 port street St Joseph Michigan

410 w Michigan Ave Kalamazoo 49007

8/13/2026 6:34 AM

X 08-13-2026 Jamie P Perry

Jamie P Perry
8303 Platt Road
Saline michigan 48176
Center for Psychiatry
Official Business

METROPLEX MI 480
15 AUG 2026 PM 14 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER/USA

107 Federal Courthouse
Office of the Clerk
410 W Michigan Ave
Kalamazoo, MI 49007

49007-375799